The Honorable Robert J. Bryan
Trial Date: 12/16/2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MAGIC KOMBUCHA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendants. | No. 3:18-cv-05868-RJB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

This matter having come before the Court by way of Stipulation for Order of Dismissal by the above-named parties, IT IS HEREBY ORDERED that Plaintiff's claims and causes of action in this matter are hereby dismissed without prejudice, with each party bearing their own attorney's fees, costs, and expenses.

DATED this 22nd day of July, 2019.

*Robert J Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL WITHOUT
PREJUDICE AND WITHOUT COSTS

1

2 PRESENTED BY:

3    **Attorneys for Plaintiffs:**              **Attorneys for Defendants:**

4

5    *s/David P. Sisk*                          *s/Sarah L. Eversole*
     David Sisk, WSBA #48577                    Sarah L. Eversole, WSBA #36335
6    Jensen Milner | Cap City Law PS            WILSON    SMITH    COCHRAN
     2604 12th Court SW, Suite B                DICKERSON
7    Phone: 206-324-8969                        901 Fifth Avenue Suite 1700
                                                Seattle, WA 98164
8    Email: david@jessicajensenlaw.com          Phone: 206-623-4100
     mily@jessicajensenlaw.com                  Facsimile: 206-623-9273
9                                               Email: eversole@wscd.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL WITHOUT
PREJUDICE AND WITHOUT COSTS